UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JACQUELINE ANDINO RUIZ**
    **Plaintiff,**

  v.                                        Case No. 13-C-110

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

---

### ORDER

Plaintiff Jacqueline Ruiz moves for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner does not oppose the motion. Plaintiff is the prevailing party in this case, having obtained a sentence four remand; her motion is timely; and the Commissioner does not contend that her position was substantially justified. Finally, the amount sought appears reasonable, both as to the rate and the number of hours requested.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for attorney's fees (R. 22) is **GRANTED** in the amount of $5957.00. These fees are awarded to plaintiff and not her attorney and can pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (2010) be offset to satisfy preexisting debts that plaintiff owes the United States. If counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

Dated at Milwaukee, Wisconsin this 6th day of September, 2013.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge